IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JANE DOE (R.D.J.), an individual | § § § § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| VS. | | |
| G6 HOSPITALITY, LLC; <br> G6 HOSPITALITY IP, LLC; <br> G6 HOSPITALITY PROPERTY, LLC; <br> G6 HOSPITALITY PURCHASING, LLC; <br> G6 HOSPITALITY FRANCHISING, LLC; <br> MOTEL 6 OPERATING, L.P.; AND <br> JALARAM HOTEL, LLC | | CIVIL ACTION NO. 1:23-CV-00463 <br> JUDGE MICHAEL J. TRUNCALE |
| *Defendants.* | | |

## ACKNOWLEDGMENT OF STIPULATION OF VOLUNTARY DISMISSAL

The Parties have filed a Stipulation of Voluntary Dismissal [Dkt. 49] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the Court acknowledges that this matter is **DISMISSED WITH PREJUDICE** as to all Defendants, effective the date of the Parties' dismissal. Each Party shall bear its own attorneys' fees and costs.

All Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT.**

SIGNED this 3rd day of September, 2024.

Michael J. Truncale
United States District Judge